Mountain Valley Pipeline, LLC
v. Daniel Guidry and Ashley Stecher Wagner

EXHIBIT 5

To Complaint

United States Department of Agriculture, United States Forest Service
Right of Way Closure Order

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**UNITED STATES FOREST SERVICE**
**GEORGE WASHINGTON AND JEFFERSON NATIONAL FORESTS**
**ROANOKE, VIRGINIA**

**ORDER NO. 08-08-11-23-161**
**Peters Mountain**
**Right-of-Way Closure Order**
for the Mountain Valley Pipeline Project

**FOREST ORDER**

Pursuant to 16 U.S.C. § 551 and 36 CFR 261.50(b), the following acts are prohibited to protect public safety due to the hazards associated with activities for the Mountain Valley Pipeline Project on the Eastern Divide Ranger District, Jefferson National Forest, Virginia.

**A. Prohibitions:**

1. **Peters Mountain Construction ROW. It is prohibited to be within 100 feet from the outer edge of the Peters Mountain Construction Right-of-Way (ROW) on National Forest System land on or near Peters Mountain as shown on the map attached hereto and made a part hereof as Attachment 1, dated June 28, 2023. 36 C.F.R. § 261.53(e).**

**B. Exclusions:**

1. **Mystery Ridge Road Segment. Persons lawfully traveling on Mystery Ridge Road, also known as Forest Service Road (FSR) 11080, are excluded from this Closure Order.**

2. **The tread width of the Appalachian Trail is excluded from this Closure Order.** For purposes of this closure order, the tread width is defined as twenty-four (24) inches on each side of the centerline of the Appalachian National Scenic Trail [Appalachian Trail] as shown on the maps attached hereto and made a part hereof as Attachments 1, dated June 28, 2023. This exclusion is for the purpose of allowing continuous travel in a single direction on the Appalachian Trail tread. **As such, notwithstanding this exclusion, it is prohibited to stop or loiter within the AT tread anywhere the tread is situated within the area that is closed herein. 36 C.F.R. § 261.12(d).**

**C. Duration:** The prohibitions of this Order shall remain in effect until rescinded by the Authorized Officer.

**D. Exemptions:** Pursuant to 36 C.F.R. §§ 261.50(e), the following persons are exempt from the prohibitions contained in this order:

1. Persons working under a permit, contract, or agreement issued by a Federal, State, or Local regulatory entity which specifically authorizes activity within the area covered by this Closure Order. 36 C.F.R. § 261.50(e)(l), and (6).

2. Any Federal, State, or Local Officer, or member of an organized rescue or firefighting force engaged in the performance of an official duty. 36 C.F.R. § 261.50(e)(4).

E. **General Prohibitions: The General Prohibitions set forth in 36 C.F.R. Part 261, Subpart A (§§ 261.1 – 261.23), remain in effect.** The prohibitions set forth herein pursuant to 36 C.F.R. Part 261, Subpart B (§§ 261.50 – 261.58) are in addition to the General Prohibitions.

Executed in Roanoke, Virginia this __1__day of July, 2023.

JOBY TIMM Digitally signed by JOBY TIMM
Date: 2023.07.01 09:35:59
-04'00'

Joby Timm
Forest Supervisor
George Washington and Jefferson National Forests

A violation of these prohibitions is punishable by a fine of not more than $5,000 for an individual or $10,000 for an organization, or imprisonment for not more than 6 months, or both. 16 USC 551 and 18 USC 3559, 3571 and 3581.




## Vicinity Map




**References**

Background data is ESRI NGS_Topo_US data, supplemented with Mountain Valley Pipeline project data and Forest Service Lands Status Records System ownership and boundary data.

**Disclaimer**

The USDA Forest Service makes no warranty, expressed or implied regarding the data displayed on this map, and reserves the right to correct, update, modify, or replace this information without notification. The USDA Forest Service makes no warranty as to the accuracy of the approved pipeline route on non National Forest System lands. Any buffers shown on this map are for the purpose of depicting the area subject to the closure order and do not reflect the approved area of disturbance for the project.

0 0.1 0.2 0.4 Miles

**Legend**

- Milepost
- Tenth-mile
- Approved Pipeline Route
- Mystery Ridge Road excluded from Closure Order
- Closed Area
- Appalachain Trail
- Appalachain Trail Tread excluded from Closure Order
- Administrative Forest Boundary
- National Wilderness Area
- National Forest System Lands

## Attachment 1: Mountain Valley Pipeline Closure Order

U.S. Forest Service
Southern Region
George Washington & Jefferson National Forest

Copies of this map are available for public inspection in the Office of the Regional Forester, Southern Region, Atlanta, GA.

Map Created: June 28, 2023