IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

MOUNTAIN VALLEY PIPELINE, LLC, )
    Plaintiff, )
)
v. ) Case Number: 7:23CV00727
)
DANIEL GUIDRY, )
)
and )
)
ASHLEY STECHER WAGNER, )
)
    Defendants. )

## ORDER EXTENDING DEFENDANTS' DEADLINE TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

On this day came counsel for Defendants Daniel Guidry and Ashley Stecher Wagner, and moved the Court for an extension until January 18, 2024, as their deadline to file their responses to the Plaintiff's Complaint.

Having considered the Defendants' motion, the Court finds it supported by good cause.

Accordingly, it is ORDERED that Defendants' Unopposed Motion for Extension of Time to File Response to Plaintiff's Complaint is GRANTED and Defendants shall have until January 18, 2024, to file their response.

Entered: January 2, 2024.

/s/ Elizabeth K. Dillon
_____
United States District Judge