IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 7:23CV00727 |
| | ) | |
| DANIEL GUIDRY, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ASHLEY STECHER WAGNER, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)**

Come now Defendants Daniel Guidry and Ashley Stecher Wagner by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and respectfully file this Motion to Dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted.

The grounds for this motion are set forth in the accompanying memorandum, which is incorporated by reference herein.

DANIEL GUIDRY AND
ASHLEY STECHER WAGNER

By: /s/ Paul G. Beers
Of Counsel

Paul G. Beers (VSB # 26725)
Glenn, Feldmann, Darby & Goodlatte
111 Franklin Road, S.E., Suite 200
P. O. Box 2887
Roanoke, Virginia 24001-2887
Telephone: (540) 224-8000
Facsimile: (540) 224-8050
Email: pbeers@glennfeldmann.com
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2024, I electronically filed the foregoing Defendants' Motion to Dismiss Plaintiff's Complaint Under Fed. R. Civ. P. 12(b)(6) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Paul G. Beers
Paul G. Beers