IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 7:23CV00727 |
| | ) | |
| DANIEL GUIDRY, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ASHLEY STECHER WAGNER, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADINGS TO COUNTS 1 AND 2**

Defendants Daniel Guidry ("Guidry") and Ashley Stecher Wagner ("Wagner") have moved to extend the deadline to file responsive pleadings to Counts 1 and 2. Guidry and Wagner now support their Motion to Extend with this memorandum.

1. On March 4, 2024, this Court entered an order denying Defendants' Rule 12(b)(6) motion to dismiss as to Counts 1 and 2 of the Complaint, but granting Defendants' Rule 12(b)(6) motion to dismiss as to Counts 3 and 4 without prejudice.

2. Pursuant to Rule 12(a)(4)(A), responsive pleadings to Counts 1 and 2 are presumptively due on March 18, 2024, fourteen days after the Court's order.

3. Under Rule 6(b)(1), this Court may extend a presumptive deadline with good cause. Good cause exists to extend Defendants' deadline to file a responsive pleading.

4. On the date of the order triggering Defendants' responsive pleading deadline, counsel for Mountain Valley Pipeline, LLC ("MVP") indicated in open court that MVP intends to

file an Amended Complaint within approximately two weeks.

5. It is in the interests of justice and judicial economy to permit Defendants, who have limited financial resources, to respond to Counts 1 and 2 after MVP has amended its pleading. Defendants seek leave to respond only to the amended Complaint, rather than answer a Complaint that is soon to be superseded.

6. The undersigned has conferred with counsel for MVP, who opposes the relief requested.

## Conclusion

For the foregoing reasons, the Court should grant the Defendants' Motion to Extend Deadline to File Responsive Pleadings to Counts 1 and 2 and permit Defendants to file their responsive pleadings to Counts 1 and 2 within fourteen (14) days of the filing of an Amended Complaint, or within fourteen (14) days of notice from MVP that it no longer intends to pursue an Amended Complaint.

Respectfully Submitted,

DANIEL GUIDRY AND
ASHLEY STECHER WAGNER

By: /s/ Paul G. Beers
Of Counsel

Paul G. Beers (VSB # 26725)
Glenn, Feldmann, Darby & Goodlatte
111 Franklin Road, S.E., Suite 200
P. O. Box 2887
Roanoke, Virginia 24001-2887
Telephone: (540) 224-8000
Facsimile: (540) 224-8050
Email: pbeers@glennfeldmann.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2024, I electronically filed the foregoing Memorandum in Support of Defendants' Motion to Extend Deadline to File Responsive Pleadings to Counts 1 and 2 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Paul G. Beers
Paul G. Beers