IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 7:23CV00727 |
| DANIEL GUIDRY, | ) |
| and | ) |
| ASHLEY STECHER WAGNER, | ) |
| Defendants. | ) |

**ORDER EXTENDING DEFENDANTS' DEADLINE TO FILE**
**RESPONSIVE PLEADINGS TO COUNTS 1 AND 2**

On this day came counsel for Defendants Daniel Guidry and Ashley Stecher Wagner, and moved the Court to extend the deadline to file responsive pleadings to Counts 1 and 2. Defendants request leave to file their responsive pleadings to Counts 1 and 2 within fourteen (14) days of the filing of an Amended Complaint, or within fourteen (14) days of notice from MVP that it no longer intends to pursue an Amended Complaint.

Having considered the Defendants' motion, the Court finds it supported by good cause. Accordingly, it is ORDERED that Defendants' Motion to Extend Deadline to File Responsive Pleadings to Counts 1 and 2 is GRANTED. Defendants shall file their responsive pleadings to Counts 1 and 2 within fourteen (14) days of the filing of an Amended Complaint, or within fourteen (14) days of notice from MVP that it no longer intends to pursue an Amended Complaint.

Entered: March 11, 2024.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge