Mountain Valley Pipeline, LLC v.
Daniel Guidry, et al.
Case No. 7:23-cv-00727

Exhibit 2 to
Plaintiff's Motion to Amend Complaint
And to Drop A Defendant

Proposed Order

Abingdon: 1230092-1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, )<br>)<br>Plaintiff,                            )<br>)<br>v.                                             )<br>)<br>DANIEL GUIDRY, et al.,              )<br>)<br>Defendants.                       ) | Case No. 7:23-cv-00727 |

### ORDER

Upon consideration of Plaintiff's Motion to Amend Complaint and to Drop a Defendant, Dkt. No. ___, which is unopposed, it is ORDERED that the motion is granted and plaintiff has leave to file its proposed amended complaint.

Entered: this ___ day of March, 2024.

_____
Elizabeth K. Dillon
United States District Judge