IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 7:23-cv-00727 |
| | ) | |
| DANIEL GUIDRY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of Plaintiff's Motion to Amend Complaint and to Drop a Defendant, Dkt. No. 19, which is unopposed, it is ORDERED that the motion is granted and plaintiff has leave to file its proposed amended complaint.

Entered: March 19, 2024.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge