# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Mountain Valley Pipeline, LLC**

vs.

**Daniel Guidry**

Action No:   7:23cv727
Date:   6/21/2024
Judge:   Elizabeth K. Dillon
Court Reporter:   J. Webb
Deputy Clerk:   K. Anglim

Plaintiff Attorney(s)
Seth Land
Wade Massie

Defendant Attorney(s)
Paul Beers

PROCEEDINGS:
Parties present by counsel for oral argument on MOTION to Dismiss Counts Two and Three by Daniel Guidry (dkt 24)
Argument, Objections, Rebuttal as reflected in the record.
Court grants Motion to Dismiss counts Two and Three for reasons as stated on the record.

Time in Court: 9:57 – 10:20a; 23 m