IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC,           )<br>                                                                    )<br>            Plaintiff,                                        )<br>                                                                    )<br>v.                                                                 )     Case No. 7:23-cv-727<br>                                                                    )<br>DANIEL GUIDRY,                                       )<br>                                                                    )<br>            Defendant.                                    ) | |

REPORT OF THE PARTIES' RULE 26(f) PLANNING MEETING

    1.    The following counsel participated in a Rule 26(f) conference on April 25, 2025:

    Representing the plaintiff Mountain Valley Pipeline, LLC:

        Wade W. Massie
        Seth M. Land
        Penn, Stuart & Eskridge
        P.O. Box 2288
        Abingdon, Virginia  24212
        Telephone:  276/628-5151
        Facsimile:  276/628-5621
        wmassie@pennstuart.com
        sland@pennstuart.com

    Representing the defendant Daniel Guidry:

        Paul G. Beers
        Glenn, Feldmann, Darby & Goodlatte
        111 Franklin Road, S.E., Suite 200
        P.O. Box 2887
        Roanoke, Virginia 24001-2887
        Telephone: 540/224-8000
        Facsimile: 540/8050
        pbeers@glennfeldmann.com

2. The parties will make their initial disclosures within 21 days from their meeting.

3. The parties will contact Chambers for available dates for trial. The parties suggest that the Court set aside three days for trial of this case. Once trial dates are selected, the parties ask that the Court enter a scheduling order that establishes dates for:

- Expert disclosures;
- Motions to join other parties or amend pleadings;
- Completion of discovery;
- Dispositive motions;
- Other pretrial filings; and
- Trial.

4. The parties anticipate that discovery will be needed on the following subjects:

- The incidents;
- Plaintiff's claims;
- Any defenses asserted by defendant; and
- Damages.

5. The parties do not seek any changes in the limitations on discovery at this time.

3

      6.      The parties recognize the requirement to preserve relevant evidence.

      7.      The parties will address any issues with electronic discovery as they arise.

      8.      The parties anticipate that there will be issues involving the assertion of privilege by defendant that the Court will need to decide.

Dated this 28th day of April, 2025.

Respectfully submitted,

MOUNTAIN VALLEY PIPELINE, LLC

By Counsel

Wade W. Massie  
 VSB No. 16616  
Seth M. Land  
 VSB No. 75101  
Penn, Stuart & Eskridge  
P.O. Box 2288  
Abingdon, Virginia  24212  
Telephone:  276/628-5151  
Facsimile:  276/628-5621  
wmassie@pennstuart.com  
sland@pennstuart.com  

By  */s/ Wade W. Massie*  
     Wade W. Massie

DANIEL GUIDRY

By Counsel

Paul G. Beers
 VSB No. 26725
GLENN FELDMANN, DARBY & GOODLATTE
111 Franklin Road, S.E., Suite 200
Roanoke, Virginia 24011
Telephone:  540-224-8005
Facsimile:  540-224-8050
pbeers@glennfeldmann.com

By  */s/ Paul G. Beers*
          Paul G. Beers

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

  */s/ Wade W. Massie*
         Wade W. Massie

ABINGDON: 1361857-1