IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
November 14, 2025
LAURA A. AUSTIN, CLERK
BY: /s/ Deneene King
DEPUTY CLERK

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:23-cv-727 |
| ) | |
| DANIEL GUIDRY, ) | |
| ) | |
| Defendant. ) | |

AGREED FINAL ORDER GRANTING PERMANENT INJUNCTION

Plaintiff Mountain Valley Pipeline, LLC ("MVP") has filed this action against defendant Daniel Guidry ("Guidry") for events occurring during construction of the pipeline. MVP and Guidry have reached an agreement on the issues raised in this action, and the parties have filed a joint motion for entry of an agreed injunction order, Dkt. No. 38. Upon consideration of the motion and the reasons stated in support of the motion, the Court finds that the proposed agreement is fair, adequate, and reasonable and is not illegal, a product of collusion, or against public interest. It is therefore ORDERED as follows:

1. Guidry is hereby permanently enjoined from unlawfully entering onto, unlawfully interfering with access to, or unlawfully interfering with operations on any site owned or operated by MVP, to include any property on which MVP, and its successors and assigns, owns or otherwise maintains a right of way.

2.  MVP and Guidry agree that this injunction is enforceable upon any and all property owned or operated by MVP and its successors and assigns in the United States.

3.  MVP's claims for damages in this case are hereby dismissed with prejudice.

Entered: November 14, 2025.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge